July 6, 1979.

419 A.2d 182

Commonwealth v. Anderson, Appellant.

Submitted October 26, 1978. Ann Lee Begler, for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.